STATE OF NEW JERSEY v. DENNIS PORTER.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MOISES CARABALLO ORTIZ.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN LAWRENCE AYERS.

October 15, 1985.

Petition for certification denied.

MARGARET A. BRADLEY v. BOARD OF TRUSTEES OF THE
TEACHERS' PENSION AND ANNUITY FUND.

October 15, 1985.

Petition for certification denied.